**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| **NAGENA EDMOND** | : | |
| Debtor. | : | Case No. 20-14565-AMC |

## ORDER

**AND NOW**, After notice and the *Show Cause Hearing to consider whether the Debtor's case should be dismissed and the Debtor should be barred from filing future bankruptcy cases* held on May 4, 2021 at which the debtor failed to appear and for reasons stated in open court, it is hereby

**ORDERED** that this chapter 13 case is **Dismissed** based on a record of bad faith, and it is

**FURTHER ORDERED** that the Debtor shall be prohibited from filing future bankruptcy cases for a period of **365 days** from the date of the dismissal order of this case, either individually or jointly, without first seeking court approval.

Dated: May 4, 2021

Honorable Ashely M. Chan
United States Bankruptcy Judge